Mary C. ENGEL, Plaintiff—Appellant,

v.

Michael BARRY; Hammer, Deputy Sheriff; Sowles, Deputy Sheriff; Scott Sparks, Animal Control, County of Sacramento; County of Sacramento, Defendants—Appellees.

No. 06–16122.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 11, 2008.

Filed Feb. 11, 2010.

Julius Michael Engel, Sacramento, CA, for Plaintiff–Appellant.

Shanan L. Hewitt, Jesse M. Rivera, Jonathan B. Paul, Law Offices of Moreno & Rivera, Sacramento, CA, for Defendant–Appellees.

Before: REINHARDT, HAWKINS * and FISHER, Circuit Judges.

The stipulated motion to dismiss with prejudice, filed January 29, 2010, is **GRANTED.** A certified copy of this order to the District Court shall constitute the mandate of this Court.